**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KINSALE INSURANCE COMPANY,** *Plaintiff,* | ) | |
| **v.** | ) | **CIVIL CASE NO.: 2:25-cv-2043** |
| **TMF VILLAGE GREEN, LLC, RYMAN FAMILY HOLDINGS, LLC, MULTI-SOUTH MANAGEMENT SERVICES, LLC, and TARSHA SHANQENIKIA SMITH, individually and on behalf of LAQUINCY DEMONTAYE MARTIN, a minor, deceased, as parent and next-of-kin,** *Defendants* | ) | |

**JOINT NOTICE REGARDING PARTIES FILING PROPOSED CONSENT ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSING LAWSUIT**

COME NOW Plaintiff Kinsale Insurance Company, Defendant TMF Village Green, LLC, Defendant Ryman Family Holdings, LLC, Defendant Multi-South Management Services, LLC, and Defendant Tarsha Shanqenikia Smith, individually and on behalf of Laqunicy Demontaye Martin, a minor, deceased, as parent and next-of-kin[1] (the "Parties"), by and through Undersigned Counsel. The Parties hereby notify this Honorable Court that they have agreed to the entry of the enclosed Proposed Consent Order, which by its terms fully resolves the present declaratory action, including Granting Plaintiff's Motion for Judgment on the Pleadings (ECF # 36), pursuant to the provisions contained within the Proposed Order, and request that this Court enter the Proposed Order and provide any such further relief that the Court may deem just and proper.

---

[1]This Court previously granted dismissal of Plaintiff's claims against Defendant Bullseye Investments, LLC without prejudice via Order entered on April 8, 2025. (Doc. 22).

**APPROVED FOR ENTRY:**

**FIELDS HOWELL LLP**
315 Deaderick St., Suite 1700
Nashville, TN 37238
615.348.5056 (Telephone)
404.214.1251(Facsimile)
cbrooks@fieldshowell.com
ptennison@fieldshowell.com

*/s/ Christopher R. Brooks*
Christopher R. Brooks
BPR No.: 032486
Paul E. Tennison
BPR No.: 036956
*Counsel for Plaintiff Kinsale Insurance Company*

**THE LAW OFFICE OF CLINTON J. SIMPSON, PLLC**
3211 Cypress Ridge Drive
Eads, Tennessee 38028
901.233.8027
csimpson@clintsimpsonlaw.com

*/s/ Clinton J. Simpson (w/ permission)*
Clinton J. Simpson
BPR No.: 020284
*Attorney for Defendants*
*Ryman Family Holdings, LLC,*
*TMF Village Green, LLC and*
*Multi-South Management Services, LLC Multi-South Management Services, LLC*

**DUNK LAW FIRM**
717 Franklin St.
Houston, TX 77002
713.223.1435
bsanchez@dunklawyers.com

*/s/ Brenna L. Sanchez (w/ permission)*
Brenna L. Sanchez
BPR No.: 39706
*Attorney for Defendant*
*Tarsha Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record, via the Court's CM/ECF E-File System.

This 12th day of September 2025.

**FIELDS HOWELL LLP**
315 Deaderick St., Suite 1700
Nashville, TN 37238
615.348.5056 (Telephone)
404.214.1251(Facsimile)
cbrooks@fieldshowell.com
ptennison@fieldshowell.com

*/s/ Christopher R. Brooks*
Christopher R. Brooks
BPR No.: 032486
Paul E. Tennison
BPR No.: 036956
*Counsel for Plaintiff Kinsale Insurance Company*